2013R00852/EMH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 14-18 |
| | : | |
| NATHANIEL TULLIES | : | 18 U.S.C. § 2119(1) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | 18 U.S.C. § 2 |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

COUNT 1
(Carjacking)

On or about November 8, 2012, in the District of New Jersey, and elsewhere, the defendant,

NATHANIEL TULLIES,

did knowingly and with the intent to cause death and seriously bodily harm, take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, namely a 2006 Chevrolet Impala, from the person and presence of another, namely, Victim 1, by force and violence and by intimidation.

In violation of Title 18, United States Code, Section 2119(1) and Section 2.

-1-

COUNT 2

(Use of a Firearm in Furtherance of a Crime of Violence)

On or about November 8, 2012, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

NATHANIEL TULLIES,

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the carjacking set forth in Count 1 of this Information, did knowingly use, and carry a firearm, which firearm was brandished, and did aid and abet the same.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section 2.

_____
PAUL J. FISHMAN
UNITED STATES ATTORNEY

**CASE NUMBER:**

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**NATHANIEL TULLIES**

## INFORMATION FOR

18 U.S.C. § 2119(1)
18 U.S.C. 924(c)(1)(A)(ii)
18 U.S.C. § 2

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

ELIZABETH M. HARRIS
*ASSISTANT U.S. ATTORNEY*
*(973)645-2913*